**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
**In re:**

                                          3- MDL-1570 (GBD)(SN)

       **TERRORIST ATTACKS ON**
         **SEPTEMBER 11, 2001**

--------------------------------------------------------------X

Taugh Lynch

Debbie Lyons

Frederick W Lyons                             1:18-cv-11773 (GBD)(SN)

Michael Macca

Keisha Mack                                 **SAUDI ARABIA SHORT FORM**

Ronald Mackey                              **COMPLAINT AND DEMAND**

Esther Maclin                                **FOR TRIAL BY JURY**

Cheryl Maglio

Lydia Mahase

Herbert E Mahler

John Mahony

Felicia Maiden

Paul Maier

Felix Maldonado

Miryam Maldonado

Andrzej Maniecki

Eileen Manticoff

Angela Marano

Raymond Marcano

Diana Marcel

Patrick March

Errol Markland

Michael Marks

Frank J. Maronna

Baron Marquis

Vernon Martin

Cheryl Martinez

Maria Martins

Janos Marton

Roseanne Martucci

Macara Marzouca

Latchman Matapersad

Freya Mateo

Trina Mathewson

Monalisa Mathieu

Jerry Matthews

Teresa Maxwell

Norman Mazin

Anthony Mazzallo

Michael Mccabe

Jeannie Mccall

Ulric McCalla

Thomas McCarthy

John McCormack

Laura McCormack

Doris Mccoy

Bryan McCoy

Jerry Mcdale

Michelle Mceachin-Backus

Roy McFarlane

Paul Mcfarlane

Linda McFie

Melanie McField-Orr

William McGettigan

Robert Mcglyn

Charles McLean

Vincent John McNally

Daniel McSorley

Andre Means

Denise Medford

Jill Mehrberg

Christian Meissenn

Jose Mejia

Ulkum Mele

Vincent P Mele

Joe Melendez

Jorge Melendez

Irene Mendoza

Rolando Mendoza

Gregory Mendoza

Donald Mennie

Jennifer R Mercado

Yolanda Merchant

Alan Robert Meske

Stanley Mieses

Walter Mihelic

Peter Miley

Joseph Miller

Bruce Miller

Sylvia Mines

Vito Minucci

Darren Mitchell

Donna Mitchell

Barnett Mittelmann

Vincent Modica

Nazia Mohammed

Robert Moles

Leroy Molini

Edward Morales

Mildred Moreno

Vincent Morris

Christopher Morrow

Lynette Morrow

Robert Moseman

Valentina Moshkovich

Oswald Mould

Catherine Moy

Daniel Moynihan

Edward Mulford
John Mulroy

<b>PLAINTIFFS,</b>

**V.**

**KINGDOM OF SAUDI ARABIA**

<b>DEFENDANT</b>

-----------------------------------------------------------------X

     Plaintiffs named herein by and through the undersigned counsel file this Short Form Complaint against Defendant, the Kingdom of Saudi Arabia, arising out of the September 11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by the Court's Order of July 10, 2018, ECF N. 4540. Each Plaintiff incorporates by reference the specific allegations, as indicated below, of (a) the Consolidated Amended Complaint as to the Kingdom of Saudi Arabia, ECF No. 3463, or (b) the Complaint Against the Kingdom of Saudi Arabia, <u>Ashton v. Kingdom of Saudi Arabia</u>, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017), ECF No. 1.

     Upon filing this Saudi Arabia Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

<b>VENUE</b>

    1.    Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2.      Jurisdiction is premised on the grounds set forth in the complaints specified

below, and further, jurisdiction of this Saudi Arabia Short Form Complaint is premised upon

and applicable to all defendants in this action:

[X]      28. U.S.C. § 1605(a)(5) (non-commercial tort exception)

[X]      28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act)

[X]      28 U.S.C. § 1330 (actions against foreign states)

[ ]      Other (set forth below the basis of any additional ground for jurisdiction and

 plead such in sufficient detail as per the FRCP):

_____

_____

## CAUSES OF ACTION

3.      Each Plaintiff hereby adopts and incorporates herein by reference the

following factual allegations, jurisdictional allegations, and jury trial demand in the following

complaint [**check only one complaint**] and the following causes of action set forth in that

complaint:

**[X]      Consolidated Amended Complaint as to the Kingdom of Saudi Arabia,
         ECF No. 3463 (check all causes of action that apply)**

[X]      COUNT I – Aiding and Abetting and Conspiring with Al Qaeda to
         Commit the September 11th Attacks upon the United States in violation
         of 18 U.S.C. § 2333(d) (JASTA).

[X]      COUNT II – Aiding and Abetting and Conspiring with Al Qaeda to
         Commit the September 11th Attacks upon the United States in violation
         of 18 U.S.C. § 2333(a).

[X]      COUNT III – Committing Acts of International Terrorism in violation

of 18 U.S.C. § 2333.

[ ]    COUNT IV – Wrongful Death.

[X]    COUNT VI – Alien Tort Claims Act.

[X]    COUNT VII – Assault and Battery.

[X]    COUNT VIII – Conspiracy.

[X]    COUNT IX – Aiding and Abetting.

[X]    COUNT X – Intentional Infliction of Emotional Distress.

[X]    COUNT XII – Liability Pursuant to Restatement (Second) of Torts §
       317 and Restatement (Third) of Agency § 7.05: Supervising Employees
       and Agents.

[X]    COUNT XIII – Liability Pursuant to Restatement (Second) of Torts §
       317 and Restatement (Third) of Agency § 7.05: Hiring, Selecting, and
       Retaining Employees and Agents.

[X]    COUNT XIV – 18 U.S.C. § 1962(a)–(d) – CIVIL RICO.

[X]    COUNT XV – Trespass.

[X]    COUNT XVI – Violations of International Law.

[ ]    **Complaint Against the Kingdom of Saudi Arabia, <u>Ashton v. Kingdom of
       Saudi Arabia</u>, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017),
       ECF
       No. 1 (check all causes of action that apply)**

       [ ]    First Cause of Action to Recover Wrongful Death Damages Pursuant to 28
              U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and
              18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

       [ ]    First Cause of Action to Recover Personal Injury Damages Pursuant to 28
              U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or
              JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

       [ ]    Second Cause of Action for Wrongful Death Damages Pursuant to State
              Tort Law

       [ ]    Second Cause of Action for Personal Injury Damages Pursuant to State
              Tort Law

       [ ]    Third Cause of Action for Wrongful Death Damages Pursuant to the Alien
              Tort Claims Act

[ ]     Third Cause of Action for Personal Injury Damages Pursuant to the Alien Tort Claims Act

[ ]     Each Plaintiff asserts the following additional theories and/or Causes of Action against the Kingdom of Saudi Arabia:

_____

_____

_____

.

## IDENTIFICATION OF PLAINTIFFS

4.      The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this Saudi Arabia Short Form Complaint, herein referred to as "Plaintiffs."

    a.  The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Saudi Arabia Short Form Complaint.

    b.  Plaintiff is entitled to recover damages on the causes of action set forth in this Saudi Arabia Short Form Complaint.

    c.  As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

    d.  For those plaintiffs with personal injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

    e.  For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Saudi Arabia Short Form Complaint, and/or as otherwise may be

specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

f.  The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

## IDENTIFICATION OF THE
## DEFENDANT

5.     The Defendants named in this Saudi Arabia Short Form Complaint are the Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina.

## NO WAIVER OF OTHER CLAIMS

6      By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) is/are not waiving any right to file suit against any other potential defendants or parties.

7.     By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) are not opting out of any class that the Court may certify in the future.

## JURY DEMAND

8.     Each Plaintiff hereby demands a trial by jury as to the claims in this action.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Saudi Arabia Short Form Complaint as appropriate.

Dated:  12/15/2018

Respectfully Submitted on behalf of the Plaintiffs,

By: Kevin S. Wang, Esq.

The Marc J. Bern & Partners, LLP

60 East 42nd Street, Suite 932

New York, NY 10165

Tel: 212-552-9205

Fax: 212-227-4141

Email: abourke@bernllp.com

Counsel for Plaintiff(s)

Defendant:

**KINGDOM OF SAUDI ARABIA**

c/o Michael K. Kellogg, Esq.

Kellogg, Hansen, Todd, Figel & Frederick, L.L.C.

*Attorneys for Kingdom of Saudi Arabia*

1615 M Street N.W. Suite 400

Washington, DC 20036-3215

Tel: 202-326-7900